# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Jushunda Vanoah Young           Docket No. 7:13-MJ-1189-RJ

### Petition for Action on Probation

COMES NOW Matti Liebler, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jushunda Vanoah Young, who, upon an earlier plea of guilty to Trespassing, in violation of 18 U.S.C. § 1382, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 5, 2014, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay a $10 special assessment and a $200 fine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 3, 2014, the defendant was arrested and charged with Injury to Personal Property (14CR54226) in Onslow County, North Carolina. According to the police report and warrant for arrest, the defendant was involved in an altercation with her ex-husband, which involved her damaging her ex-husband's vehicle with her own vehicle. The charge remains pending. The defendant also failed to report the law enforcement contact and subsequent new charge. When confronted with the violation, the defendant admitted her involvement in the offense, and stated she was scared to report her arrest to the probation office.

The defendant signed a Waiver of Hearing agreeing to the proposed of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

Jushunda Vanoah Young
Docket No. 7:13-MJ-1189-RJ
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Matti Liebler
Matti Liebler
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-347-9038
Executed On: August 29, 2014

## ORDER OF COURT

Considered and ordered this __2__ day of __September__, 2014, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr
U.S. Magistrate Judge